# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700148**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## EDWARD W. CARULLO
Chief Navy Career Counselor (E-7), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval
Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Commander George W.
Lucier, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 31 July 2017

———————————

Before CAMPBELL, HUTCHISON, and SAYEGH, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court